# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **TONI FAYE JENSEN-TAYLOR**                          Chapter 13

                                                             Case No.: 22-41065-can-13

**Debtor**

SSN XXX-XX-4535

---

### AMENDED ORDER DIRECTING DEBTOR TO PAY TRUSTEE

---

| PLAN PAYMENTS | | |
|---|---|---|
| Due Date | Amount | Periods |
| April 25, 2024 | $880.00 monthly | Until further Order of the Court |

All payments are due as called for under your plan.

CHAPTER 13 PLAN PAYMENTS CAN BE MADE IN THE FOLLOWING WAYS:

- **Send a personal check, money order, or cashier's check** made payable to "Office of the Chapter 13 Trustee, Richard V. Fink, Trustee" at the following address:

    Richard V. Fink, Trustee
    PO Box 1839
    Memphis, TN 38101-1839

    Please write your name and Chapter 13 case number on each payment. Do not mail your Chapter 13 Plan payments to the trustee's administrative office in Kansas City.

- **Make a payment online** through the trustee's ePay System at http://www.ndc.org or through Nationwide TFS at http://tfsbillpay.com.

CASH WILL NOT BE ACCEPTED.

You can contact the trustee's office at (816) 842-1031.

Failure to comply with this Order may result in your plan being dismissed.

The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule above.

April 17, 2024

/s/ Cynthia A. Norton

Bankruptcy Judge

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
CASTLE LAW OFFICE OF KC PC (692) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JLA    /Order - Wage - Direct - Amended