# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: TONI FAYE JENSEN-TAYLOR  CASE NUMBER: 2241065
DEBTOR 2 NAME:

I ___Robert J Wallace, Jr.___ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __4/18/2024__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

AMAZON SERVICES,202 WESLAKE AVE,SEATTLE WA 98109
TONI FAYE JENSEN-TAYLOR,406 SE CHELSEY LN # A,OAK GROVE MO 64075

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __4/18/2024__   Signature : _[signed] Robert J. Wallace, Jr._

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   TONI FAYE JENSEN-TAYLOR                    Chapter 13

                                                    Case No.: 22-41065-can-13

**Debtor**

SSN XXX-XX-4535

---

## ORDER CANCELLING WAGE ORDER TO EMPLOYER

---

You are hereby notified that the Order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

AMAZON SERVICES
ATTN:  PAYROLL DEPARTMENT
202 WESLAKE AVE
SEATTLE, WA  98109

                                        /s/ Cynthia A. Norton

April 17, 2024

                                        Bankruptcy Judge

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
CASTLE LAW OFFICE OF KC PC (692) - ATTORNEY FOR DEBTOR(S)
AMAZON SERVICES (690015)

                                        /s/ Richard V. Fink, Trustee

                                JLA      /Order - Wage - Cancel - Employer